FORM 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 1

| | |
|---|---|
| UNDER THE WEATHER INC.<br><br>                    Plaintiff,<br>v.<br><br>UNITED STATES,<br>                    Defendant. | SUMMONS    21-00211 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| Port of Entry: | 2704 | Date Protest Filed: | 05/19/2020 |
|---|---|---|---|
| Protest Number: | 270420127807 | Date Protest Denied: | 11/04/2020 |
| Importer: | Under The Weather Inc. | | |
| Category of Merchandise: | Backpacking Tents | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| INL00035532 | 12/24/2018 | 11/22/2019 | INL00049830 | 01/28/2019 | 12/27/2019 |
| INL00041514 | 01/07/2019 | 11/29/2019 | INL00053691 | 02/04/2019 | 12/27/2019 |
| INL00044062 | 01/14/2019 | 12/13/2019 | INL00057171 | 02/10/2019 | 01/10/2020 |
| INL00045978 | 02/04/2019 | 12/20/2019 | | | |

Port Director,
301 E. Ocean Blvd.
Long Beach, CA 90802

Address of Customs Port in
Which Protest was Denied

Heather Jacobson, Esq.
Junker & Nakachi, P.C.
999 Third Avenue, Suite 2525
Seattle, WA 98104
(206) 774-0927
hjacobson@tradelawcounsel.com

Name, Address, Telephone Number
and E-Mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Backpacking tents | 6306.22.9030 | 8.8% | 6306.22.1000 | FREE |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

1. Protested merchandise is properly classifiable under HTSUS 6306.22.1000/FREE.
2. Protest decision violates 19 U.S.C. § 1625(c).

The issue which was common to all such denied protests:

Classification of protested merchandise and applicability of 19 U.S.C. § 1625(c)

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

    /s/ Heather Jacobson  
*Signature of Plaintiff's Attorney*

    May 3, 2021  
*Date*