UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

_____
                             :

UNDER THE WEATHER, LLC,        :
                             :
               Plaintiff,        :
                             :
              v.               :      Court No. 21-00211
                             :

UNITED STATES,                 :
                             :
              Defendant.     :
_____ :

### STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action. Each party shall bear its own costs and attorney's fees.

Dated:      April 23, 2025

/s/ Heather Jacobson                     YAAKOV M. ROTH
HEATHER JACOBSON               Acting Assistant Attorney General
NAKACHI ECKHARDT & JACOBSON, P.C.
2815 Elliott Avenue, Suite 100       PATRICIA M. McCARTHY
Seattle, WA 98121-2991           Director
(206) 774-0927
Attorneys for Plaintiff              /s/ Justin R. Miller
                                      JUSTIN R. MILLER
                                      Attorney-In-Charge
                                      International Trade Field Office

                                      /s/ Luke Mathers
                                      LUKE MATHERS
                                      Trial Attorney
                                      Department of Justice, Civil Division
                                      Commercial Litigation Branch
                                      26 Federal Plaza – Suite 346
                                      New York, NY
                                      (212) 264-9236
                                      Attorneys for Defendant

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: _____

                                                    Clerk, U. S. Court of International Trade

                                                    By: _____
                                                              Deputy Clerk